# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RIVERWALK MARINA, LLC.,** | ) |
| **Plaintiff,** | ) |
| V. | ) Case No.: 5:20-cv-593-LCB |
| **NORTH AMERICAN SPECIALTY INSURANCE CO.,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The parties have filed a Joint Notice of Motions to Dismiss Which are Moot (Doc. 51), a report on behalf of all parties that with the filing of Plaintiff's Second Amended Complaint (Doc. 48), eight of the previously named parties should be dismissed from the action.

The Clerk is therefore directed to **TERMINATE** Swiss Re America Holding Corporation; Swiss Reinsurance America Corporation; Swiss Re Corporate Solutions Global Markets, Inc.; Swiss Re Accident and Health Risk Solutions, LLC; Swiss Re Life & Health America, Inc.; Swiss Re Life & Health Limited; Swiss Re Life Insurance Company; and Maritime Program Group as defendants in this lawsuit.

Because the movants are no longer parties to the action, The Swiss Re Defendants' Motions to Dismiss and Alternative Motions for More Definite Statements (Doc. 22) and Defendant Maritime Program Group's Motions to Dismiss and Alternative Motions for More Definite Statements (Doc. 25) are **DISMISSED AS MOOT.**

**DONE** and **ORDERED** this July 29, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE