## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**RIVERWALK MARINA, LLC.,**

     **PLAINTIFF,**

**v.**                                       **CASE NO.: 5:20-CV-593-LCB**

**NORTH AMERICAN SPECIALTY**
**INSURANCE COMPANY, ET AL.,**

     **DEFENDANTS.**

### **JOINT NOTICE OF SETTLEMENT**

COME NOW the Parties, by and through their respective undersigned counsel, to jointly inform this Honorable Court that they have settled the above-styled suit.  Plaintiff Riverwalk Marina, LLC's claims against North American Specialty Insurance Company; Westport Insurance Corporation; Swiss Re America Holding Corporation; Swiss Reinsurance America Corporation; Swiss Re Corporate Solutions Global Markets, Inc.; Swiss Re Accident and Health Risk Solutions, LLC; Swiss Re Life & Health America, Inc.; Swiss Re Life & Health Limited; Swiss Re Life Insurance Company; Maritime Program Group, Inc.; Burton Claims Service, Inc.; PT&C Forensic Consulting Services, P.A, individually and/or d/b/a Envista Forensics; Envista Forensics, LLC; and Baker, Tilly, Virchow, Krause, LLP are due to be dismissed with prejudice, and proper documentation to effectuate the same will

be filed with this Honorable Court once the appropriate settlement documentation is

executed.

Respectfully submitted,

/s/ *Kenneth B. Cole, Jr.*
Gary V. Conchin
Kenneth B. Cole, Jr.
*Attorneys for Plaintiff*

OF COUNSEL:
CONCHIN, COLE & JORDAN
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
gary@alainjurylaw.com
kenny@alainjurylaw.com

/s/ *Nicholas B. Roth*
Nicholas B. Roth (ROT002)
*Attorney for Plaintiff*

OF COUNSEL:
EYSTER KEY, TUBB, ROTH, MIDDLETON, & ADAMS, LLP
402 East Moulton St.
Decatur, AL 35602
Telephone: (256) 353-6761
nbroth@eysterkeylaw.com

/s/ *John W. Dodson*
John W. Dodson (ASB-9724-D65J)
Michelle L. Crunk (ASB-2967-i71c)
*Attorneys for Defendants North American
Insurance Company, Westport Insurance
Corporation, and Burton Claim Service Inc.*

OF COUNSEL:
DODSON GREGORY LLP
2700 Highway 280, Suite 410E
Birmingham, AL 35223
Telephone: (205) 834-9170
Facsimile: (205) 278-8718
jwd@dodsongregory.com
mlc@dodsongregory.com

/s/ *James V. Chin*
James V. Chin
Georgia Attorney License 124827
Admitted *Pro Hac Vice* April 30, 2020
*Attorney for Defendants North American*
*Insurance Company, Westport Insurance*
*Corporation, and Burton Claim Service Inc.*

OF COUNSEL:
ZELLE LLP
1201 West Peachtree St. NW, Suite 610
Atlanta, GA 30309
Telephone: (470) 867-3040
Facsimile: (612) 336-9100
jchin@zelle.com

/s/ *Dennis Anderson*
Dennis Anderson
Minnesota attorney license 0396147
Admitted *Pro Hac Vice* April 30, 2020
*Attorney for Defendants North American*
*Insurance Company, Westport Insurance*
*Corporation, and Burton Claim Service Inc.*

OF COUNSEL:
ZELLE LLP
500 Washington Ave. S, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
danderson@zelle.com

/s/ Steve Whitehead
Steve Whitehead (ASB-2282-t68s)
*Attorney for Defendants PT&C Forensic*
*Consulting Services, P.A. and Envista*
*Forensics, LLC*

OF COUNSEL:
LLOYD, GRAY, WHITEHEAD & MONROE
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone: (205) 967-8822
Facsimile: (205) 402-4085
steve@lgwmlaw.com

/s/ Joseph L. Cowan, II
Joseph L. Cowan, II (ASB-7644-C94E)
*Attorney for Defendant Baker Tilly Virchow*
*Krause, LLP*

OF COUNSEL:
HAND ARENDALL HARRISON SALE, LLC
1810 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 502-0158
Facsimile: (205) 332-3596
jcowan@handfirm.com

/s/ Daniel T. Flaherty
Daniel T. Flaherty
Wisconsin State Bar No. 1011357
Admitted *Pro Hac Vice*
*Attorney for Defendant Baker Tilly Virchow*
*Krause, LLP*

OF COUNSEL:
GODFREY & KAHN, S.C.
833 E. Michigan Street
Milwaukee, WI 53202
Telephone: (414) 273-3500
dflaherty@gklaw.com