## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

RIVERWALK MARINA, LLC,

        PLAINTIFF,        CASE NUMBER 5:20-cv-00593-LCB

v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY; SWISS RE AMERICA HOLDING CORPORATION; SWISS REINSURANCE AMERICA CORPORATION; SWISS RE CORPORATE SOLUTIONS GLOBAL MARKETS, INC.; SWISS RE ACCIDENT & HEALTH RISK SOLUTIONS, LLC; SWISS RE LIFE & HEALTH AMERICA, INC.; SWISS RE LIFE & HEALTH LIMITED; SWISS RE LIFE INSURANCE COMPANY; MARITIME PROGRAM GROUP, INC.; BURTON CLAIM SERVICE, INC.; PT&C FORENSIC CONSULTING SERVICES, P.A., INDIVIDUALLY AND/OR D/B/A ENVISTA FORENSICS; ENVISTA FORENSICS, LLC; BAKER TILLY VIRCHOW KRAUSE, LLP; DEFENDANTS A-M; and DEFENDANTS N-Z,

        DEFENDANTS.

## JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this case – namely, Plaintiff Riverwalk Marina LLC and Defendants North American Specialty Insurance Company; Westport Insurance Corporation; Swiss Re America Holding Corporation; Swiss Reinsurance America Corporation; Swiss Re Corporate Solutions Global Markets, Inc.; Swiss Re Accident and Health Risk Solutions, LLC; Swiss Re Life & Health America, Inc.; Swiss Re Life & Health Limited; Swiss Re Life Insurance Company; Maritime Program Group, Inc.; Burton Claim Service, Inc.; PT&C Forensic Consulting Services, P.A, individually and/or d/b/a Envista Forensics; Envista Forensics, LLC; and Baker, Tilly, Virchow, Krause, LLP – having fully and finally settled all claims, hereby jointly move for dismissal with prejudice of all claims, with each party to bear its own fees and costs.

Respectfully submitted this the 23rd day of February, 2021.

                                              Gary V. Conchin (ASB-1263-C56G)
                                              Kenneth B. Cole, Jr. (ASB-0595-C56K)
                                              *Attorneys for Plaintiff*

OF COUNSEL:
CONCHIN, COLE & JORDAN
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
gary@alainjurylaw.com
kenny@alainjurylaw.com

*/s/ Michelle L. Crunk*
John W. Dodson (ASB-9724-D65J)
Michelle L. Crunk (ASB-2967-i71c)
*Attorneys for Defendants North American Insurance Company, Westport Insurance Corporation, and Burton Claim Service Inc.*

OF COUNSEL:
DODSON GREGORY LLP
2700 Highway 280, Suite 410E
Birmingham, AL 35223
Telephone: (205) 834-9170
jwd@dodsongregory.com
mlc@dodsongregory.com

/s/ Dennis Anderson
Dennis Anderson
Minnesota attorney license 0396147
Admitted Pro Hac Vice April 30, 2020
*Attorney for Defendants North American Insurance Company, Westport Insurance Corporation, and Burton Claim Service Inc.*

OF COUNSEL:
ZELLE LLP
500 Washington Ave. S, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
danderson@zelle.com

/s/ Steve E Whitehead
_____
Steve Whitehead (ASB-2282-t68s)
*Attorney for Defendants PT&C Forensic Consulting Services, P.A. and Envista Forensics, LLC*

<u>OF COUNSEL:</u>
LLOYD, GRAY, WHITEHEAD & MONROE
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone: (205) 967-8822
steve@lgwmlaw.com

/s/ Joseph L. Cowan, II
_____
Joseph L. Cowan, II (ASB-7644-C94E)
*Attorney for Defendant Baker Tilly Virchow Krause, LLP*

<u>OF COUNSEL:</u>
HAND ARENDALL HARRISON SALE, LLC
1810 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 502-0158
jcowan@handfirm.com

_____
Daniel T. Flaherty
Wisconsin State Bar No. 1011357
Admitted *Pro Hac Vice*
*Attorney for Defendant Baker Tilly Virchow Krause, LLP*

OF COUNSEL:
GODFREY & KAHN, S.C.
833 E. Michigan Street
Milwaukee, WI 53202
Telephone: (414) 273-3500
dflaherty@gklaw.com